**Opinion issued May 17, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00100-CV

———————————

**SUPER LOPEZ FOOD PRODUCTS AND TORTILLA FACTORY, INC.,
Appellant**

**V.**

**SANDRA ELIZABETH RODRIGUEZ, INDIVIDUALLY, ON BEHALF OF
THE ESTATE OF RUBEN RODRIGUEZ, DECEASED AND AS NEXT
FRIEND OF J.R. A MINOR CHILD, Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Case No. 2017-52385**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss this appeal. No opinion

has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

### PER CURIAM

Panel consists of Justices Kelly, Goodman, and Guerra.